■ ANGEL WILLIAMS et al., Respondents, v NEW YORK CENTRAL MUTUAL FIRE INSURANCE COMPANY, Appellant. (Appeal No. 1.) [967 NYS2d 854]—Appeal from an order of the Supreme Court, Erie County (Shirley Troutman, J.), entered October 3, 2012. The order, among other things, denied defendant's motion to amend its answer.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Peradotto, Lindley and Sconiers, JJ.